# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

THOMAS R. AUSTIN,

      Petitioner,

v.

JODINE DEPPISCH, Warden,
Fox Lake Correctional Institution,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   09-cv-380-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

6/23/09
_____
Date